1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11    VASILIS SAKELLARIDIS,              Case No. EDCV 17-820-ODW (GJS)

12             Petitioner

13         v.                            **JUDGMENT**

14    SCOTT KERNAN,

15             Respondent.

16
17

18        Pursuant to the Court's Order: Dismissing Petition As Second Or Successive;

19    Denying Certificate Of Appealability; And Referring Petition To Ninth Circuit

20    Pursuant To Ninth Circuit Rule 22-3(a),

21

22        IT IS ADJUDGED THAT the this action is dismissed without prejudice, as

23    second or successive, pursuant to 28 U.S.C. § 2244(b).

24

25    DATE: __May 2, 2017          _____

26                                 OTIS D. WRIGHT II
                                   UNITED STATES DISTRICT JUDGE
27

28